

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2020

No. 04-19-00889-CR

Cameron Antoine **ROBY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6809
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

    Appellant's brief was originally due to be filed on March 19, 2020. On April 2, 2020, we notified appellant of his late brief. To date, appellant's brief has not been filed. Therefore, appellant's attorney, Martin M. Guerra, is ORDERED to respond to this court in writing within seven days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within seven days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2020.



_____

MICHAEL A. CRUZ,
Clerk of Court